CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAR 17 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| KENNETH V. AWE,<br>    Plaintiff, | Civil Action No. 7:13-cv-00487 |
| v. | **FINAL ORDER** |
| RED ONION STATE PRISON, <u>et al.</u>,<br>    Defendants. | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that L. Oaks is **SUBSTITUTED** for defendant John Doe; Unit Manager Kilbourne's name **SHALL** be corrected on the docket; Defendants' motion to dismiss is **GRANTED**; the Complaint is **DISMISSED**; Plaintiff's motions for discovery (ECF no. 28, 34) are **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff and counsel of record for Defendants.

ENTER: This 17th day of March, 2014.

                /s/ Jackson L. Kiser
                Senior United States District Judge